THE PEOPLE OF THE STATE OF NEW YORK ex rel. VIRGINIUS J. MAYO, Appellant, v. JOHN J. HANLEY, Warden of the City Prison of the City of New York, Respondent.

*Habeas corpus — indictment for bigamy in county other than where crime was committed.*

People ex rel. Mayo v. Hanley, 192 App. Div. 905, affirmed.

(Argued April 18, 1921; decided May 3, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 21, 1920, which unanimously affirmed an

order of Special Term dismissing a writ of habeas corpus and remanding the relator to custody. Relator had been indicted by the grand jury of the county of New York for the crime of bigamy alleged to have been committed in the county of Kings and by an order of the Court of General Sessions committed to the custody of the defendant. The relator sued out his writ seeking relief from .his restraint upon the ground that the grand jury of the county of New York had no legal authority to inquire into the crime charged and no jurisdiction to find an indictment against him, because the statute under which it assumed to act was unconstitutional and void.

*J. Sidney Bernstein* for appellant.

*Edward Swann, District Attorney* ·(*Felix C. Benvenga* and *Robert S. Johnstone* of counsel), for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.